IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW S. ROE | ) |
| | ) |
| v. | ) NO. 3-14-1395 |
| | ) JUDGE CAMPBELL |
| CITY OF MURFREESBORO, TN | ) |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 21). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED in part and DENIED in part. Plaintiff's First Amendment claims are DISMISSED. Plaintiff's FLSA claims will be tried, as previously scheduled, on June 21, 2016.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE