# IN THE UNITED STATES FEDERAL DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MATTHEW S. ROE,** ) | |
| ) | |
|     **Plaintiff,** ) | **Case No. 3:14-cv-1395** |
| **v.** ) | **Judge Campbell** |
| ) | **Magistrate Judge Newbern** |
| **CITY OF MURFREESBORO, TN** ) | |
| ) | **JURY DEMAND** |
|     **Defendant.** ) | |

## STIPULATION OF DISMISSAL

As evidenced by the signatures below of counsel for Plaintiff Matthew Roe and Defendant City of Murfreesboro, TN, the parties stipulate that this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). All court costs shall be paid by Defendant City of Murfreesboro.

1

Respectfully Submitted,

/s/ Elizabeth G. Hart
THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford, BPR # 17577
Elizabeth G. Hart, BPR # 30070
207 Third Avenue North
Franklin, Tennessee 37064
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com
*Attorneys for Plaintiff*

/s/ Adam F. Tucker
Adam F. Tucker, BPR # 028489
Craig D. Tindall, BPR # 034531
111 West Vine Street, P.O. Box 1044
Murfreesboro, TN 37133-1044
Telephone: (615) 849-2616
Facsimile: (615) 849-2662
atucker@murfreesborotn.gov
ctindall@murfreesborotn.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the court's electronic filing system on:

Adam F. Tucker
Craig Tindall
111 West Vine Street, P.O. Box 1044
Murfreesboro, TN 37133-1044
atucker@murfreesborotn.gov
ctindall@murfreesborotn.gov

on this the 13th day of January, 2017.

/s/      Elizabeth G. Hart
         Elizabeth G. Hart