IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MATTHEW S. ROE | ) | |
| | ) | |
| v. | ) | NO. 3-14-1395 |
| | ) | JUDGE SHARP |
| CITY OF MURFREESBORO, TN | ) | |

ORDER

The parties have filed a Stipulation of Dismissal (Docket No. 103), indicating that all matters in this action have been resolved. Accordingly, the case is DISMISSED with prejudice.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE